✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.  5:16-CR-00063-001 (MTT) |
| **PEDRO CANTU GONZALES** | |

On January 18, 2022, Pedro Cantu Gonzales was released from the Bureau of Prisons and commenced his three-year term of supervised release in the Southern District of Texas (SD/TX), Corpus Christi Division. Based on a report received from his supervising officer in the SD/TX, he has complied with the rules and regulations of supervised release. Gonzales has successfully completed over 30 months of a 36-month term of supervised release. His case meets the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts. It is the opinion of the U.S. Probation Office that he is no longer in need of supervision. Also, the government does not object to early termination. Therefore, it is recommended the Court grant early termination.

Respectfully submitted,

*Donald Coneway, Sr.*
Donald L. Coneway, Sr.
Supervising U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____1st____ day of _____August_____, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL
U.S. DISTRICT JUDGE